Michael A. Keough
mkeough@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2019

November 20, 2019

**SO ORDERED**

The initial conference is adjourned from December 3, 2019 to January 14, 2020 at 9:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

**VIA ECF**
The Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

    Re:    *Reid v. Shaklee Corporation*, No. 19-cv-07206-GBD

Dear Judge Daniels:

    This firm represents Defendant Shaklee Corporation ("Shaklee") in the above-captioned matter.

    We write on behalf of both parties to respectfully request that the Initial Pretrial Conference scheduled for December 3, 2019 be adjourned. The reason for this request is that, after the conference was initially scheduled, the date for Defendant to respond to Plaintiff's complaint was extended to December 6, 2019, per the Court's order dated October 28, 2019. The parties are still attempting to resolve this matter without judicial intervention and ask that the conference be adjourned until after Shaklee has responded to the complaint. Plaintiff consented to this request on November 20, 2019.

    We respectfully ask Your Honor's endorsement of this request. Thank you for your consideration.

                                       Respectfully submitted,

                                       */s/ Michael A. Keough*

                                       Michael A. Keough

cc: Counsel of Record (via ECF notification)