UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

VALENTIN REID, *on behalf of himself and all others similarly situated*,

                   Plaintiff,

-against-

SHAKLEE CORPORATION,

                   Defendant.

------------------------------------- x

ORDER

19 Civ. 7206 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 15 2020

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       January 14, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge